UNITED STATES BANKRUPTCY COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| TRAVIS AARON HORNE, | ) | No. 17-70536 |
| | ) | Chapter 7 |
| Debtor, | ) | |
| | ) | |
| JEFFREY D. RICHARDSON, | ) | |
| Chapter 7 Trustee, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Adversary No. 17- |
| | ) | |
| AMERICAN BUILDERS & | ) | |
| CONTRACTORS SUPPLY CO., INC. d/b/a | ) | |
| NORANDEX BUILDING MATERIALS | ) | |
| DISTRIBUTION, | ) | |
| | ) | |
| Defendant. | ) | |

## ADVERSARY COMPLAINT

NOW COMES Plaintiff, Jeffrey D. Richardson, Chapter 7 Trustee, by one of his attorneys, and for his Adversary Complaint respectfully states as follows:

1. This Court has jurisdiction over this core adversary proceeding pursuant to the provisions of 28 U.S.C. §§157 and 1334 and 11 U.S.C. §§547(b) and 550.

2. The Debtor, Travis Aaron Horne, (hereinafter also referred to as "Debtor") filed his Voluntary Petition for Relief under Chapter 7 of the United State Bankruptcy Code on March 31, 2017.

3. The Plaintiff, Jeffrey D. Richardson, Chapter 7 Trustee (hereinafter also referred to as "Trustee") serves as the Debtor's Chapter 7 Trustee.

4. The Trustee consents to the entry of a final judgment in this case.

5. At the time the Debtor filed his bankruptcy case the Debtor scheduled assets of $113,105.93 and liabilities in the amount of $217,349.95.

2

6.At all times relevant hereto the Debtor was insolvent.

7.The Defendant, American Builders & Contractors Supply Co., Inc. d/b/a Norandex Building Materials Distribution, filed suit against the Debtor in Macon County Case No. 16-SC-227 on February 8, 2016 and obtained a judgment against the Debtor on August 4, 2016 in the amount of $6,170.00 plus costs.

8.In the 90 days which proceeded the bankruptcy the Defendant was paid the sum of $3,000.00 through a Citation garnishment of the Debtor's bank account at Soy Capital Bank.

9.The aforesaid payment allowed the Defendant to receive a greater distribution in the amount of $3,000.00 than it would have received as a distribution in this case.

10.The payment is recoverable as a preference.

WHEREFORE, Plaintiff, Jeffrey D. Richardson, Chapter 7 Trustee, respectfully prays that:

1.The aforesaid payment be set aside as a preference under 11 U.S.C. §547.

2.The right to payment be preserved under 11 U.S.C. §550.

3.That judgment be entered in favor of the Plaintiff and against the Defendant, American Builders & Contractors Supply Co., Inc. d/b/a Norandex Building Materials Distribution, in the sum of $3,000.00 plus prejudgment interest and costs of suit.

/s/ Jeffrey D. Richardson
JEFFREY D. RICHARDSON
Chapter 7 Trustee
Registration No. 02330067
132 South Water Street, Suite 444
Decatur, IL 62523
Telephone: 217/425-4082