**IT IS SO ORDERED.**

**SIGNED THIS: December 13, 2017**

_____

**Mary P. Gorman
United States Chief Bankruptcy Judge**

---

**UNITED STATES BANKRUPTCY COURT**
Central District of Illinois

| | | |
|---|---|---|
| In re:   Travis Aaron Horne, | ) | Case No.   17-70536 |
| Debtor. | ) | |
| | ) | |
| Jeffrey D. Richardson, | ) | |
| Plaintiff, | ) | |
| v. | ) | Adv. No.   17-07033 |
| American Builders & Contractors Supply Co., Inc. d/b/a Norandex Building Materials Distribution, | ) | |
| Defendant. | ) | |

**ORDER DISMISSING ADVERSARY**

The Court finds:

that the Plaintiff's Motion to Dismiss Adversary Complaint [Doc 14] is allowed

**IT IS THEREFORE ORDERED** that the above entitled adversary proceeding be, and hereby is, dismissed.

Go to *www.ilcb.uscourts.gov* for information regarding this court's *mandatory* electronic filing policy.

###